1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   MUSTAFA SIRAT,                        )   Civil No. 06-CV-848-L(RBB)
                                           )
12              Petitioner,                )   **ORDER ADOPTING REPORT AND**
                                           )   **RECOMMENDATION; GRANTING**
13   v.                                    )   **MOTION TO DISMISS [doc. #10];**
                                           )   **and DIRECTING ENTRY OF**
14   JAMES E. TILTON,                      )   **JUDGMENT**
                                           )
15              Respondent.                )
                                           )
16   _____       )

17          Petitioner Mustafa Sirat, a state prisoner proceeding pro se, filed a Petition for Writ of

18   Habeas Corpus under 28 U.S.C. § 2254.  Respondent filed a motion to dismiss on December 11,

19   2006. [doc. #10]  The case was referred to United States Magistrate Judge Ruben B. Brooks for a

20   report and recommendation ("Report") pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local

21   Rule 72.3.  On July 13, 2007, the magistrate judge issued a Report recommending the petition be

22   denied.  Although given an opportunity to object to the Report, petitioner has not filed an

23   Objection to the Report within the time provided.

24       A district judge "may accept, reject, or modify the recommended decision" on a dispositive

25   matter prepared by a magistrate judge proceeding without the consent of the parties for all

26   purposes.  FED. R. CIV. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo*

27   determination of those portions of  the [report and recommendation] to which objection is

28   made."  28 U.S.C. § 636(b)(1).  Section 636(b)(1) does not require some lesser review by the

1    district court when no objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The

2    "statute makes it clear that the district judge must review the magistrate judge's findings and

3    recommendations *de novo if objection is made, but not otherwise.*"  *United States v. Reyna-*

4    *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see Schmidt v.*

5    *Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying *Reyna-Tapia* to

6    habeas review).

7         In the absence of any objections, the court **ADOPTS** the Report and Recommendation in its

8    entirety.  Respondent's motion to dismiss the Petition for Writ of Habeas Corpus pursuant to 28

9    U.S.C. § 2254 is **GRANTED**.  The Clerk of the Court is directed to enter judgment in

10   accordance with this Order.

11        **IT IS SO ORDERED.**

12   DATED:  August 23, 2007

13

14                                                              M. James Lorenz
                                                           United States District Court Judge

15

16   COPY TO:

17   HON. RUBEN B. BROOKS
18   UNITED STATES MAGISTRATE JUDGE

19   Mustafa Sirat, #P-78847
     CTF
20   P.O. Box 686
     Soledad, CA 93960

21   United States Attorney's Office
22   Southern District of California
     Civil Division
23   880 Front Street, Ste 6253
     San Diego, CA 92101

24

25

26

27

28

06CV848

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06CV848

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06CV848